UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: E. MARK MOON,

    Debtor,

-------------------------------

MILESTONE FINANCIAL, LLC,

    Appellant,

 v.

E. MARK MOON; LORI H. MOON,

    Appellees.

No. 23-60006

BAP No. 22-1117

ORDER

In re: E. MARK MOON,

    Debtor.

_____

E. MARK MOON; LORI H. MOON,

    Appellants,

 v.

MILESTONE FINANCIAL, LLC,

    Appellee.

No. 23-60011

BAP No. 22-1117

Before: PAEZ, NGUYEN, and BUMATAY, Circuit Judges.

Appellees' motion for reconsideration, Dkt. No. 72, is **DENIED**.